```
                                    FILED
                    CLERK, U.S.D.C. SOUTHERN DIVISION

                           FEB 23 2010

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA 10-72 M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Dimon, Matthew S | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___ED CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [~~supervised release~~]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ~~_____~~ ~~_____~~ history of non compliance w/supervision conditions; substance abuse history; backgrd

1  unverified; lack of _regular_ employment; assoc w/
2  multiple personal identifiers
3  and/or
4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on  criminal history record;
8  substance abuse history; prior
9  parole violations

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: 2/23/10

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE